UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
APICA REPRESENTATIVE, LLC,  :
                *Plaintiff*,  :
                  :
    -against-  :        1:23-cv-01034 (ALC)
                  :
ABBOTT LABORATORIES,  :        **SEALING ORDER**
                *Defendants*.  :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Defendant Abbott Laboratories' letter dated May 1, 2023, requesting Abbott's Answer and Affirmative Defenses (ECF No. 11) be filed under seal, with Plaintiffs consent, to respond to the Complaint. ECF No. 10. The Clerk of Court is respectfully directed to place the documents under seal. The documents contain sensitive information that should not be a part of public record.

**SO ORDERED.**

**Dated:**   **May 4, 2023**
          **New York, New York**                **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**