UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
APICA SELLERS REPRESENTATIVE, LLC,  :
:
           Plaintiff,  :      23-CV-1034 (ALC) (OTW)
:
           -against-  :      <u>**ORDER**</u>
:
ABBOTT LABORATORIES,  :
:
           Defendant.  :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an initial case management conference on August 16, 2023. As discussed at the conference, Plaintiff's motion for leave to file the Second Amended Complaint is **GRANTED**. (ECF 37). Plaintiff shall file the Second Amended Complaint by **August 25, 2023**. The parties are directed to meet and confer on proposed redactions of the Second Amended Complaint and the motion to seal is due **August 25, 2023**. Plaintiff's motion for leave to file the First Amended Complaint is **DENIED as moot**. (ECF 33).

Defendant's Answer is due **September 25, 2023**. The parties shall file a monthly joint status letter on the last business Friday of each month beginning **October 27, 2023**.

The Clerk of Court is respectfully directed to close ECF Nos. 33 and 37.

      **SO ORDERED.**

                                                                        *s/ Ona T. Wang*
Dated: August 16, 2023                                            **Ona T. Wang**
      New York, New York                              United States Magistrate Judge