UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
APICA REPRESENTATIVE, LLC,

          *Plaintiff*,

    -against-                        1:23-cv-01034 (ALC)

ABBOTT LABORATORIES,              **ORDER**

          *Defendant*.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Defendant's letter regarding its request for a premotion conference and opposition to Plaintiff's proposed order. ECF No. 51. Plaintiff is directed to file its response to Defendant's letter, if any, by October 30, 2023.

**SO ORDERED.**

**Dated:    October 26, 2023**
             **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**