USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APICA SELLERS REPRESENTATIVE, LLC,

                Plaintiff,

-against-

ABBOTT LABORATORIES,

                Defendant.

23-CV-01034 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order referring the case to Magistrate Judge Wang for general pretrial supervision. *See* Dkt. No. 35. All orders, deadlines, and dates issued by Magistrate Judge Wang likewise remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Wang. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Counsel are referred to Rule II(B)(9) of the Individual Rules regarding the conduct of the case following the close of fact discovery, which in this case should be followed after the close of all discovery. This Court will schedule a post-discovery conference following the close of discovery.

Dated: March 11, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge