**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

APICA SELLERS REPRESENTATIVE, LLC,

                Plaintiff,            23-cv-1034 (MMG) (OTW)

        -against-            **ORDER**

ABBOTT LABORATORIES,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, November 06, 2024 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

      **SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: October 9, 2024                                    **Ona T. Wang**
       New York, New York                     United States Magistrate Judge