**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
APICA SELLERS REPRESENTATIVE, LLC, :
:
            Plaintiff,                  :            23-cv-1034 (MMG) (OTW)
:
      -against-                   :                **ORDER**
:
ABBOTT LABORATORIES, :
:
            Defendants.           :
:
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 94.

The fact deposition deadline is hereby **EXTENDED** to **November 20, 2024**. All other fact discovery closed on September 26, 2024.

**SO ORDERED.**

                                                                           *s/ Ona T. Wang*

Dated: November 12, 2024                                          **Ona T. Wang**
      New York, New York                               United States Magistrate Judge