USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APICA REPRESENTATIVE, LLC,

                Plaintiff,

-against-

ABBOTT LABORATORIES,

                Defendant(s).

23-CV-01034 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Counsel for all parties shall appear for a conference with the Court on **Wednesday, July 16, 2025,** at **9:30 a.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Counsel should be prepared to discuss Defendant's proposed motion for summary judgment and the parties' expectations for trial.

Dated: June 25, 2025
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge