**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
APICA SELLERS REPRESENTATIVE, LLC,

                Plaintiff,

        -against-

ABBOTT LABORATORIES,

                Defendants.

------------------------------------------------------------x

23-cv-1034 (MMG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court's November 25, 2025 Report and Recommendation (ECF 161) was entered in error and the Court respectfully directs the Clerk of Court to **strike document number 161 from the docket.**  A new Order will be issued.

      **SO ORDERED.**

Dated: November 25, 2025
       New York, New York

                                  *s/ Ona T. Wang*
                                  **Ona T. Wang**
                          United States Magistrate Judge